UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEREK ANTHONY DAVIS,                                    CIVIL ACTION

VERSUS                                                      NO. 25-2138

ALEXIS SALAY, ET AL.                                  SECTION "R" (4)

## ORDER AND REASONS

Before the Court is pro se in forma pauperis plaintiff Derek Anthony Davis' motion for an extension of time for service of process.[1] Attached to his motion, Davis has filed a request from the U.S. Marshals for an extension of time to serve John Castelin.[2] "Good cause" generally exists for extending the time for service when the U.S. Marshals fail "to serve a properly addressed summons to a defendant." *Cornish v. Tex. Bd. of Crim. Justice Office of the Inspector Gen.*, 141 F. App'x 298, 301 (5th Cir. 2005). A plaintiff may not be penalized when a service delay is attributable to the marshal. *Lindsey v. U.S. R.R. Retirement Bd.*, 101 F.3d 444, 446 (5th Cir. 1996).

Here, the delay in service is attributable to the U.S. Marshals.[3] For the forgoing reasons, the Court GRANTS the motion for an extension of time for service of process. The remaining defendant, John Castelin, must be served

---

[1]      R. Doc. 17.
[2]      R. Doc. 17-1.
[3]      R. Doc. 17-1.

1

by June 7, 2026. Should Davis require a further extension of this deadline, Davis MUST file a motion with the Court IN THE RECORD. Failure to effectuate timely, proper service noted in the record will result in the dismissal of Davis' claims against Castelin without prejudice under Federal Rule of Civil Procedure 4(m) without further notice.

New Orleans, Louisiana, this 13th day of May, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2